NOV 1 3 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK MOLINA,<br><br>    Defendant. | Criminal Case No. 07CR3063-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant FRANK MOLINA, did knowingly and intentionally import approximately 66.90 kilograms (approximately 147.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

J. Moore for

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
10/30/07